UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FLASH90 LTD,

                                        Plaintiff,            Index No.: 1:21-cv-08969


                    -against-

                                                              AFFIDAVIT OF SERVICE


SAHARA REPORTERS MEDIA GROUP INC.,

                                        Defendants.

---

State of New York)
                        SS.:
County of Albany)


Jeffrey Teitel, being duly sworn, deposes and says that deponent is over the age of eighteen years, is employed by the attorney service, TEITEL SERVICE BUREAU INC., and is not a party to this action.

That on the 22nd day of November, 2021  at the office of the Secretary of State of New York in the City of Albany he served the annexed Summons, Civil Cover Sheet, Complaint , Order of Initial Case Management Conference, and Court's Rules of Individual Practices on **SAHARA REPORTERS MEDIA GROUP INC.** by delivering and leaving with Sue Zouky, a clerk in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, Deponent paid said Secretary of State a fee of $40.00 Dollars.  That said service was pursuant to section 306 of the Business Corporation Law.

Deponent further states that he knew the person so served as foresaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Sue Zouky is a white female, approximately 62 years of age, stands 5 feet 3 inches tall, weight approximately 130 pounds with grey hair.


Sworn to before me this 22nd day of
November,2021

*Ann M. Malone*                                      *Jeffrey Teitel*
Ann M. Malone                                        Jeffrey Teitel
Notary Public, State of New York
Qualified in Albany County
No. 01MA6410748
Commission Expires November 02, 2024

---