

100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-282-7878

February 17, 2022

**VIA ECF**

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Rm 618
New York, NY 10007



Re:   *Flash90 Ltd. v. Sahara Reporters Media Group Inc.,* 1:21-cv-08969 (KPF)

Dear Judge Failla:

    We represent plaintiff Flash 90 Ltd. ("Plaintiff") in the above-captioned case and write pursuant to Section 2.E. of Your Honor's Individual Practices to respectfully request a 30-day extension of time to file a Notice of Dismissal (or otherwise move to re-open the case).

(1) the current deadline for the parties to file a Notice of Dismissal is February 21, 2022 [Dkt. No. 11];

(2) there was no previous requests for an extension;

(3) no previous requests were granted or denied;

(4) the parties respectfully request an additional 30-day extension in order to consummate their settlement.

(5) Counsel for Defendant Sahara Reporters Media Group Inc. consents to the requested relief.

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*

Application GRANTED.  The deadline for the parties to file a Notice of Dismissal or otherwise move to re-open the case is hereby extended to March 23, 2022.  The Clerk of Court is directed to terminate the pending motion at docket number 13.

Dated:     February 18, 2022     SO ORDERED.
            New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE