

100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-282-7878

March 23, 2022

**VIA ECF**



Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *Flash90 Ltd. v. Sahara Reporters Media Group, Inc.,* 1:21-cv-08969 (KPF)

Dear Judge Failla:

        We represent Plaintiff Flash90 Ltd. in the above-captioned case and write
pursuant to Section 2.D of the Court's Individual Rules Practice to respectfully request a
thirty (30) day extension of time to file a Notice of Dismissal or to re-open the matter;

1)  The current deadline to re-open case is March 23, 2002 [Dkt. No. 14];

2)  A previous request for an extension of this deadline was made on January 20,
    2022 [Dkt. No. 10]

3)  The previous request for an extension was granted [Dkt. No. 11]

4)  Despite best efforts, the parties were not able to consummate the transaction
    by the current deadline; Plaintiff anticipates that this will be the final request
    for an extension

5)  Defendant Sahara Reports Media Group, Inc. consents to the requested relief.

        No other scheduled dates will be impacted by this request.


                                        Respectfully Submitted,

                                        **s/jameshfreeman/**
                                        James H. Freeman

                                        *Counsel for Plaintiff*

Application GRANTED.  The deadline for the parties to file
a Notice of Dismissal or otherwise move to re-open the
case is hereby extended to April 22, 2022. The Clerk of
Court is directed to terminate the pending motion at
docket number 15.

Dated:     March 24, 2022                SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE