UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLASH90 LTD.,<br><br>                    Plaintiff,<br><br>- against -<br><br>SAHARA REPORTERS MEDIA GROUP INC.<br><br>                    Defendant. | Docket No. 1:21-cv-08969 (KPF)<br><br>**NOTICE OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Flash90 Ltd., by and through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Sahara Reporters Media Group Inc., each party to bear its own costs, expenses and attorney's fees.

Dated: March 25, 2022
       Garden City, New York

                                        SANDERS LAW GROUP

                                        By: /s/jameshfreeman/
                                            James H. Freeman
                                            100 Garden City Plaza, Ste. 500
                                            Garden City, New York 11530
                                            Telephone: (516) 203-7660
                                            Jfreeman@sanderslaw.group

                                        *Attorneys for Plaintiff*